# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134149(48)


SAM'S TOWN AND COUNTRY MARKET,
INC., BUTTY BROTHERS, INC., and
SAMMY BUTTY,
        Plaintiffs-Appellants,

v

MIHELICH & KAVANAUGH, P.L.C.,
JOSEPH E. MIHELICH, KEVIN RICHARD
LYNCH, JESSICA B. CUMMINGS, and
MICHAEL KAVANAUGH,
        Defendants-Appellees.

SC: 134149
COA: 270940
Oakland CC: 2005-065735-NM

_____/

      On order of the Court, the motion for reconsideration of this Court's October 29, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008 _____

d0211

_____
Clerk